UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Shannon M. Blick,

    Plaintiff,

v.

Ann Arbor Public School District,
et al.,

    Defendants.
_____/

Case No. 19-cv-12127

U.S. District Court Judge
Gershwin A. Drain

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' EMERGENCY MOTION TO ADJOURN DISPOSITIVE MOTION DUE DATE (ECF No. 57) AND SETTING NEW DATES

On July 20, 2019, Plaintiff Shannon M. Blick initiated this employment discrimination action against Defendants Ann Arbor Public School District, Ann Arbor Board of Education, Shonta A. Langford (individually and in her official capacity), Dawn Linden (individually and in her official capacity), and Jeanice Kerr Swift (individually and in her official capacity).  ECF No. 1.  Presently before the Court is Defendants' Emergency Motion to Adjourn Due Date for Dispositive Motion by at Least One Week (ECF No. 57).  Plaintiff did not concur in the requested relief, so the Court ordered expedited briefing.  Upon review of the parties'

1

submissions, the Court concludes that oral argument is unnecessary and will resolve the instant motion on the briefs. *See* E.D. Mich. LR 7.1(f)(2).

Accordingly, **IT IS HEREBY ORDERED** that the following Defendants' motion is **GRANTED IN PART AND DENIED IN PART**. In particular, Defendants' request for an extension is **GRANTED**. However, Defendant's request to have the dispositive motion(s) fully briefed by the date of the settlement conference is denied. The following dates shall govern this matter:

| Dispositive Motion(s) due: | December 5, 2022 |
| --- | --- |
| Settlement Conference before the Magistrate Judge: | January 12, 2023 |
| Response to Disp. Motion(s) due: | January 16, 2023 |
| Reply to Disp. Motion(s) due: | January 31, 2023 |

**IT IS SO ORDERED**.

/s/ Gershwin Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

Dated: November 29, 2022

CERTIFICATE OF SERVICE

2

Copies of this Order were served upon attorneys of record on
November 29, 2022, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager

3