UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

S̲h̲a̲n̲n̲o̲n̲ M. B̲l̲i̲c̲k̲,

    Plaintiff,

    v.

A̲n̲n̲ A̲r̲b̲o̲r̲ P̲u̲b̲l̲i̲c̲ S̲c̲h̲o̲o̲l̲ D̲i̲s̲t̲r̲i̲c̲t̲,
*et al.*,

    Defendants.
_____/

Case No. 19-cv-12127

U.S. D̲i̲s̲t̲r̲i̲c̲t̲ C̲o̲u̲r̲t̲ J̲u̲d̲g̲e̲
G̲e̲r̲s̲h̲w̲i̲n̲ A. D̲r̲a̲i̲n̲

## **JUDGMENT**

Pursuant to the Court's Opinion and Order entered on this date, judgment is hereby entered in favor of the Defendants and against the Plaintiff.

**IT IS SO ORDERED.**

Dated: May 26, 2023

    KINIKIA ESSIX
    CLERK OF THE COURT

    BY: /s/A. Chubb
        DEPUTY CLERK

APPROVED:

/s/Gershwin A. Drain
HON. GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE